**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DEBRA FLOWERS**                                                                                  **PLAINTIFF**


**VS.**                          **CASE NO. 4:05-CV-00853 GTE**


**UNITED PARCEL SERVICE, INC.**                                               **DEFENDANT**

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed in this matter this date granting

summary judgment in favor of Defendant United Parcel Service, Inc., it is hereby

CONSIDERED, ORDERED, AND ADJUDGED that the Complaint in this matter be, and it

hereby is, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS   16th   day of January, 2007.

                                                                         /s/Garnett Thomas Eisele
                                                                         UNITED STATES DISTRICT JUDGE